# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 3, 2018

## NO. 03-17-00846-CV

### Richard W. Jackson and Lisa C. Jackson, Appellants

### v.

### Janice Cox and Helen Ramsey, Appellees

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, FIELD, AND SHANNON
### AFFIRMED -- OPINION BY JUSTICE SHANNON

This is an appeal from the order dissolving the temporary injunction signed by the trial court on December 18, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order dissolving the temporary injunction. This Court's order staying the trial court's order and the trial proceedings is lifted. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.